UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALIOUNE SEMBENE, and MARIE NDIAYE, as Next Friend,<br><br>                    Petitioner,<br><br>     -*against*-<br><br>WILLIAM JOYCE, in his official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                    Respondents. | **ORDER**<br>26-cv-00322 (ER) |

EDGARDO RAMOS, United States District Judge:

Alioune Sembene ("Sembene"), through next friend Marie Ndiaye, filed a *pro se* petition for the writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 (the "Petition") on January 14, 2026. Doc. 1.  Sembene also filed an emergency motion for a temporary restraining order (the "Motion") on June 14, 2026.  Doc. 2.

On January 14, 2026, the Court ordered Respondents to file a letter indicating, *inter alia*, (1) the statutory provision(s) under which the Respondents assert the authority to detain Sembene, and (2) whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal.  Doc. 4.  The Respondents filed the response letter on January 16, 2026, acknowledging that the *Liu v. Almodovar et al.*, 25-cv-9256 (S.D.N.Y. December 2, 2025) decision would control the result in this case if the Court adheres to its prior decision.  Doc. 7.

Having been presented with no additional arguments for deviating from *Liu*, the Court granted the Petition and ordered that Respondents immediately release Sembene from custody and certify compliance with the Court's order by filing an entry on the docket no later than January 21, 2026, at 12 p.m.  Respondents filed a letter informing the Court that Sembene was released from custody at 3:35 p.m. on January 21, 2026.  Doc. 9.  Accordingly, no outstanding issues remain in this matter.

The Clerk of the Court is respectfully directed to terminate the Motion, Doc. 2, and close the case.

SO ORDERED.

Dated:　March 31, 2026
　　　　New York, New York

_____
EDGARDO RAMOS
United States District Judge

2