**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALIOUNE SEMBENE, and MARIE
NDIAYE, as Next Friend,

                        Petitioner,

      -against-                           26 **CIVIL** 00322 (ER)

WILLIAM JOYCE, in his official                              **JUDGMENT**
capacity as Acting New York Field Office
Director for U.S. Immigration and Customs
Enforcement; KRISTI NOEM, in her official
capacity as Secretary, U.S. Department of
Homeland Security; TODD LYONS, in his
official capacity as Director, U.S. Immigration
and Customs Enforcement; U.S.
DEPARTMENT OF HOMELAND
SECURITY; and U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                         Respondents.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 31, 2026, the Petition is Granted. Accordingly, the case

is closed.

**Dated:** New York, New York

      March 31, 2026

                                  **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

              **BY:**

                                  _____
                                      **Deputy Clerk**